P 346-019081-01; 48472/1F; PJD; cr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELVIS BONILLA, MICHAEL ESPAILLAT, an infant by his
Father and Natural Guardian, ELVIS BONILLA,

                 Plaintiffs,

   -against-

BENNETT TRUCK TRANSPORTATION and EDDIE
HOWARD,

                 Defendants.
------------------------------------------------------------X

07 CIV 8254

Trial by Jury Demanded

RULE 7.1 DISCLOSURE
STATEMENT

JUDGE LYNCH

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for defendants, certifies that:

    BENNETT TRUCK TRANSPORT, LLC. sued herein as "BENNETT TRUCK TRANSPORTATION", is a foreign business corporation incorporated in the State of Georgia with principle places of business in the State of Georgia. BENNETT TRUCK TRANSPORT, LLC. sued herein as "BENNETT TRUCK TRANSPORTATION" is a privately held, nongovernmental company.

    Defendant, EDDIE HOWARD, is an individual.

Dated: New York, New York
       September 20, 2007

Yours, etc.

By: _____
DOREEN J. CORREIA (DJC:3075)
Associated with the Law Office
ROBIN, HARRIS, KING, & FODERA
Attorneys for Defendants
BENNETT TRUCK TRANSPORT, LLC s/h/a
"BENNETT TRUCK TRANSPORTATION" and
EDDIE HOWARD
One Battery Park Plaza, 30th Floor
New York, New York  10004
(212) 487-9701

TO:

LAW OFFICES OF
MICHAEL S. LAMONSOFF
Attorneys for Plaintiffs
80 Maiden Lane, 12th Floor
New York, New York 10038
(212) 962-1020

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  
| ss.:  
COUNTY OF NEW YORK

      **Carmen Rodriguez**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and is an attorney in the offices of Robin, Harris, King, Fodera & Richman. On the 24th day of September 2007 deponent served the within **RULE 7.1 DISCLOSURE STATEMENT** upon the respective parties in this action:

**LAW OFFICES OF MICHAEL S. LAMONSOFF**  
**Attorneys for Plaintiffs**  
80 Maiden Lane - 12th Floor  
New York, New York 10038

the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me on  
the 24th day of September 2007

_____  
Notary Public

NICOTRA HILL DALEY  
NOTARY PUBLIC, State of New York  
No. 24-5810807  
Qualified in Kings County  
Commission Expires April 5, 2011