AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _New York_

**APPEARANCE**

Case Number:

07 CIV 8254 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Elvis Ponilla, Michael Espillat an infant by his father and natural guardian Elvis Ponilla

I certify that I am admitted to practice in this court.

Date: 1/14/08

Signature: _[signed]_

Print Name: Michael J Fitzpatrick         Bar Number:

Address: 80 Maiden Lane

City: NY   State: NY   Zip Code: 10038

Phone Number: (212) 962-1020   Fax Number: 212-962-3078

Law Offices of Michael S. Lamonsoff