2008-Apr-22 01:27 PM Liberty Mutual Ins. Co. 2127093100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELVIS BONILLA, MICHAEL ESPAILLAT, an infant
by his Father and Natural Guardian, ELVIS BONILLA.

         Plaintiffs,

-against-

BENNETT TRUCK TRANSPORTATION and
EDDIE HOWARD.

         Defendants.
---------------------------------------------------------------X

STIPULATION OF DISCONTINUANCE AS TO MICHAEL ESPAILLAT ONLY
Index No.: 07 CIV 8254

Hon. Gerard E. Lynch



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, be discontinued as to Plaintiff, MICHAEL ESPAILLAT, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice. The case continues against all Defendants and shall remain active as to Plaintiff, ELVIS BONILLA.

Dated:    NEW YORK, N.Y.
         April 7, 2008

_____
JAMES D. NEVILLE, ESQ.
LAW OFFICES OF MICHAEL S.
LAMONSOFF
Attorneys for Plaintiff(s)
MICHAEL ESPAILLAT and
ELVIS BONILLA
80 Maiden Lane
New York, N.Y. 10038
(212) 962-1020
Our File No. 9834

_____
DOREEN CORREIA
ROBIN, HARRIS, KING & FODERA
Attorneys for Defendant(s)
BENNETT TRUCK TRANSPORT, LLC s/h
"BENNETT TRUCK TRANSPORTATION"
and EDDIE HOWARD
1 Battery Park Plaza
30th Floor
New York, NY 10004
(212) 487-9701

_____
SO ORDERED
4/24/08