LAW OFFICES
OF

| HOWARD S. ROBIN<br>JEFFREY J. HARRIS<br>THOMAS J. KING<br>RICHARD J. FODERA<br><br>DOREEN J. CORREIA<br>BRIAN S. LIFERJEDGE<br>DAWN K. GILBERT<br>VINCENT A. BRESCIA<br>GREGORY D.V. HOLMES<br>DANIELLE M. PETERSON<br>KAREN W. McFARLANE<br>PHILIP J. DeBERNARDIS | **ROBIN, HARRIS, KING & FODERA***<br>ONE BATTERY PARK PLAZA 30TH FLOOR<br>NEW YORK, NEW YORK 10004-1437<br>TELEPHONE (212) 487-9701<br>FAX: (212) 425-0472 | CHARLES V. HYDE<br>KEVIN J. McGINNIS<br>JOSEPH B. KUROLY<br>JERRY J. HESS<br>GLENDA R. CUNNINGHAM<br>LAURA R. COHEN<br>SAMUEL G. LESMAN<br><br>**SUBROGATION COUNSEL**<br>MARK S. LABE<br><br>**LEGAL OFFICE MANAGER**<br>MAUREEN HANS |


MEMO ENDORSED

June 11, 2008

**VIA FAX**

Honorable Justice G. E. Lynch
United States Courthouse
500 Pearl St., Room 910
New York, NY 10007

Attn: Jose Lopez

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

Re: Bonilla v. Bennet Truck Transportation
    07–CV–8254

Dear Justice Lynch:

I represent the defendants in the above case. This letter is written in order to request a 45 day extension of the discovery schedule on the above case. The current cut off date is June 13, 2008. This is the first request for an extension. I have spoken to James Neville from plaintiff's office and he has agreed to the extension. For various reasons, including obtaining necessary medical records, the depositions on this case were not held until the end of May. The day after plaintiff's deposition, authorizations were provided for additional medical that parties became aware of at plaintiff's deposition. Defendants now seek a 45 day extension to hold physicals and exchange reports in this case. The physicals could not be scheduled and held until after plaintiff's deposition. Additionally, defendants may be scheduling one non party deposition which it appeared became necessary as a result of the depositions. We would request an extension until July 28, 2008.

There is also currently a settlement conference scheduled for June 20, 2008 at 10:00, which the Court indicated they would need to adjourn. I spoke with Mr. Lopez, and we were considering adjourning it until July 1st or 2nd. Given the need to hold physicals to price the case, we would request that the conference also be adjourned until sometime after July 28, 2008.

→ August 1, 2008 at 11am.

Thank you for your time and consideration.

Very Truly Yours,

Doreen J. Correia

**SO ORDERED**

*[signature]*
GERARD E. LYNCH, U.S.D.J.
6/11/08

*A Legal Department of the Liberty Mutual Insurance Group

Cc:

Law Offices Of Michael S. Lamonsoff
Attorneys for Plaintiffs
80 Maiden Lane, 12th Floor
New York, New York 10038
(212) 962-1020
Attn: James Neville
Fax: (212) 962-3078