UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ELVIS BONILLA,

                      Plaintiff,

   -against-

BENNETT TRUCK TRANSPORTATION
and EDDIE HOWARD,

                     Defendants.
-----------------------------------------------------------x



07 Civ. 8254 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The parties having appeared before the Court for a conference on August 1, 2008, it is hereby ORDERED on the consent of the parties that the discovery deadline is extended to September 15, 2008.

SO ORDERED:

Dated: New York, New York
         August 4, 2008

                                                    GERARD E. LYNCH
                                                  United States District Judge